```
 1  KAREN P. HEWITT
    United States Attorney
 2  PETER J. MAZZA
    Assistant U.S. Attorney
 3  California State Bar No. 239918
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California  92101-8893
 5  Telephone: (619) 557-75528
    Peter.Mazza@usdoj.gov
 6
    Attorneys for Plaintiff
 7  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  08CR2029-WQH |
|---|---|---|
| | ) | |
| | ) | DATE:      August 4, 2008 |
| Plaintiff, | ) | TIME:      2:00 p.m. |
| | ) | |
| | ) | GOVERNMENT'S NOTICE OF MOTIONS AND |
| v. | ) | MOTIONS FOR RECIPROCAL DISCOVERY AND |
| | ) | TO COMPEL FINGERPRINT EXEMPLARS |
| MELKIADES LOPEZ-SALVATIERRA, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF MOTION

TO: Rosaline Feral, Esq., counsel for defendant, Melkiades Lopez-Salvatierra

PLEASE TAKE NOTICE  that on Monday, August 4, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Peter J. Mazza, Assistant United States Attorney, will move the court for an order granting the Government's Motion for Reciprocal Discovery and Motion to Compel Fingerprint Exemplars.

MOTION

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and Peter J. Mazza, Assistant United States Attorney, will hereby move the court for an order granting the Government's Motion for Reciprocal Discovery and Motion to Compel Fingerprint Exemplars.

DATED:    July 14, 2008.

                                  Respectfully submitted,
                                  KAREN P. HEWITT
                                  United States Attorney

                                  /s/ Peter J. Mazza
                                  PETER J. MAZZA
                                  Assistant United States Attorney
                                  Attorneys for Plaintiff
                                  United States of America
                                  Email: Peter.Mazza@usdoj.gov

1  KAREN P. HEWITT
   United States Attorney
2  PETER J. MAZZA
   Assistant U.S. Attorney
3  California State Bar No. 239918
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California  92101-8893
5  Telephone: (619) 557-5528
   peter.mazza@usdoj.gov
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

8

9                    UNITED STATES DISTRICT COURT

10                 SOUTHERN DISTRICT OF CALIFORNIA

11
   UNITED STATES OF AMERICA,    )   CASE NO.  08CR2029-WQH
12                              )
                                )   DATE:     August 4, 2008
13          Plaintiff,           )   TIME:     2:00 p.m.
                                )
14                              )   STATEMENT OF FACTS AND MEMORANDUM OF
            v.                  )   POINTS AND AUTHORITIES IN SUPPORT OF
15                              )   GOVERNMENT'S MOTIONS FOR RECIPROCAL
                                )   DISCOVERY AND TO COMPEL FINGERPRINT
16 MELKIADES LOPEZ-SALVATIERRA, )   EXEMPLARS
                                )
17                              )
            Defendant.           )
18                              )
   _____)
19

20      COMES NOW, the plaintiff, UNITED STATES OF AMERICA, by and
21 through its counsel, KAREN P. HEWITT, United States Attorney, and
22 Peter J. Mazza, Assistant United States Attorney, hereby files the
23 attached statement of facts and memorandum of points and authorities
24 in support of Government's motion for reciprocal discovery and
25 fingerprint exemplars.
26 //
27 //
28 //

**I**

**STATEMENT OF THE CASE**

On June 17, 2008, a federal grand jury in the Southern District of California returned a one-count Indictment charging defendant Melkiades Lopez-Salvatierra ("Defendant") with Deported Alien Found in the United States, in violation of Title 8, United States Code, Section 1326. The Indictment further alleged that Defendant had been removed from the United States subsequent to November 18, 2005.

**II**

**STATEMENT OF FACTS**

**A.   THE INSTANT OFFENSE**

On April 12, 2008, United States Border Patrol ("USBP") Agent Thomas Watson was conducting line watch duties approximately five miles east of the Tecate, California port of entry and approximately one mile north of the United States/Mexico international boundary. This area is frequented by illegal aliens attempting to further their illegal entry into the United States.

At approximately 10:00 p.m., Agent Watson responded to a seismic intrusion device in this general vicinity. Once there, he discovered 21 individuals in the area of the device. Agent Watson identified himself as a USBP agent, and inquired with each individual about their immigration status. Defendant, and the other 20 individuals, freely admitted that he was a Mexican citizen and native who was present in the United States without any lawful authority. The 21 individuals were arrested and transported to the Tecate, California Border Patrol station.

Agents at the station discovered that Defendant was on active parole for February 27, 2007 convictions for possession of burglary

1  tools and providing false identification to a peace officer. On
2  April 15, 2008, Defendant was booked into county jail for his parole
3  violation.
4      On May 19, 2008, Defendant was returned to the custody of
5  Immigration and Customs Enforcement ("ICE").

**B.  DEFENDANT'S IMMIGRATION HISTORY**

    Defendant is a citizen of Mexico who was physically removed from the United States through the San Ysidro, California Port of Entry to Mexico on April 10, 2008. Prior to his April 2008 deportation, Defendant had been deported on November 15, 2007, July 13, 2006, April 18, 2005, March 25, 2005, November 7, 2003 and July 12, 2003.

**C.  DEFENDANT'S CRIMINAL HISTORY**

    Defendant has five prior convictions: (1) February 27, 2007 possession of burglary tools and false identification to a peace officer; (2) September 18, 2006 disorderly conduct: prostitution; (3) November 18, 2005 vehicle theft; (4) December 16, 2004 vehicle theft; and (5) June 15, 2004 grand theft.

**III**

**GOVERNMENT'S MOTIONS**

**A.  MOTION FOR RECIPROCAL DISCOVERY**

    **1.  Rule 16(b)**

    The United States, pursuant to Rule 16 of the Federal Rules of Criminal Procedure, requests that Defendant permit the United States to inspect, copy, and photograph any and all books, papers, documents, photographs, tangible objects, or make copies of portions thereof, which are within the possession, custody or control of Defendant and which Defendant intends to introduce as evidence in his case-in-chief at trial.

1    The United States further requests that it be permitted to inspect and copy or photograph any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, which are in the possession or control of Defendant, which Defendant intends to introduce as evidence-in-chief at the trial, or which were prepared by a witness whom Defendant intends to call as a witness. Because the United States has complied with its obligations for delivery of reports of examinations, the United States is entitled to the items listed above under Rule 16(b)(1) of the Federal Rules of Criminal Procedure. The United States also requests that the Court make such order as it deems necessary under Rules 16(d)(1) and (2) to ensure that the United States receives the discovery to which it is entitled.

**2.    RULE 26.2**

Rule 26.2 of the Federal Rules of Criminal Procedure requires the production of prior statements of all witnesses, except a statement made by Defendant. This rule thus provides for the reciprocal production of <u>Jencks</u> statements.

The time frame established by the rule requires the statement to be provided after the witness has testified. To expedite trial proceedings, the United States hereby requests that Defendant be ordered to supply all prior statements of defense witnesses by a reasonable date before trial to be set by the Court. Such an order should include any form in which these statements are memorialized, including but not limited to, tape recordings, handwritten or typed notes and/or reports.

//
//

**B.     MOTION TO COMPEL FINGERPRINT EXEMPLARS**

The Government requests that Defendant be ordered to make himself available for fingerprint exemplars at a time and place convenient to the Government's fingerprint expert. See <u>United States v. Kloepper</u>, 725 F. Supp. 638, 640 (D. Mass. 1989) (the District Court has "inherent authority" to order a defendant to provide handwriting exemplars, fingerprints, and palmprints). Since the fingerprint exemplars are sought for the sole purpose of proving Defendant's identity, rather for than investigatory purposes, the Fourth Amendment is not implicated. The Ninth Circuit in <u>United States v. Ortiz-Hernandez</u>, 427 F.3d 567, 576-79 (9th Cir. 2005), upheld the Government's ability to compel a defendant to submit to fingerprinting for purposes of identification at trial. See <u>United States v. Garcia-Beltran</u>, 389 F.3d 864, 866-68 (9th Cir. 2004) (citing <u>United States v. Parga-Rosas</u>, 238 F.3d 1209, 1215 (9th Cir. 2001)). Furthermore, an order requiring Defendant to provide fingerprint exemplars does not infringe on Defendant's Fifth Amendment rights. See <u>Schmerber v. California</u>, 384 U.S. 757, 770-71 (1966) (the Fifth Amendment privilege "offers no protection against compulsion to submit to fingerprinting"); <u>Williams v. Schario</u>, 93 F.3d 527, 529  (8th Cir. 1996) (the taking of fingerprints in the absence of <u>Miranda</u> warnings did not constitute testimonial incrimination as proscribed by the Fifth Amendment).

//
//
//
//
//

**IV**

**CONCLUSION**

For the foregoing reasons, the United States requests that the Government's Motions be granted.

DATED: July 14, 2008.

                                        Respectfully Submitted,

                                        KAREN P. HEWITT
                                        United States Attorney

                                        /s/ Peter J. Mazza
                                        PETER J. MAZZA
                                        Assistant U.S. Attorney
                                        Peter.Mazza@usdoj.gov

```
                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,     )    Case No. 08CR2029-WQH
                              )
          Plaintiff,          )
                              )
     v.                       )
                              )    CERTIFICATE OF SERVICE
MELKIADES LOPEZ-SALVATIERRA,  )
                              )
          Defendant.          )
_____)
```

IT IS HEREBY CERTIFIED THAT:

I, PETER J. MAZZA, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of GOVERNMENT'S NOTICE OF MOTIONS AND MOTIONS FOR RECIPROCAL DISCOVERY AND TO COMPEL FINGERPRINT EXEMPLARS on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. ROSALINE FERAL, Esq.,

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 14, 2008.

/s/ Peter J. Mazza
PETER J. MAZZA