**FILED**

AUG 0 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08CR2029-WQH |
|---|---|---|
| Plaintiff, | ) | **SUPERSEDING** |
| | ) | **I N F O R M A T I O N** |
| v. | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| MELKIADES LOPEZ-SALVATIERRA, | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); |
| Defendant. | ) | |

The United States Attorney charges:

<u>Count 1</u>

On or about October 13, 2007, within the Southern District of California, defendant MELKIADES LOPEZ-SALVATIERRA, being an alien, unlawfully entered or attempted to enter the United States; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//
//
//
//
//
//

Count 2

On or about April 12, 2008, within the Southern District of California, defendant MELKIADES LOPEZ-SALVATIERRA, being an alien, unlawfully entered or attempted to enter the United States and previously committed the offense of unlawfully entering or attempting to enter the United States, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: Aug 4, 2008

KAREN P. HEWITT
United States Attorney

PETER J. MAZZA
Assistant U.S. Attorney