AO455 (Rev.5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
AUG 0 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| vs. <br> MILCIADES LOPEZ-CALVATIERRA | Case No. 08CR2029-WQH |

I,, the above named defendant, who is accused of




being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___8/4/08___ prosecution by indictment and consent that the
                          *Date*
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
        Judicial Officer